UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | Chapter 7 |
| | ) | |
| RALPH W. BURNETT, III, | ) | CASE NO. 12-35996 |
| | ) | |
| | ) | |
| Debtor(s) | ) | Hon. Carol A. Doyle |

COVER SHEET FOR APPLICATION FOR
PROFESSIONAL COMPENSATION

Name of Applicant: STEVEN R. RADTKE, Attorney for Trustee

Authorized to Provide
Professional Service to: Steven R. Radtke, Trustee of the Estate of Ralph W. Burnett, III

Date of Order Authorizing Employment: July 10, 2012

Period for Which
Compensation is Sought: July 10, 2012 to Close of Case

Amount of Fees Sought: $2,925.00

Amount of Expense
Reimbursement Sought: $39.22

This is a(n):    Interim Application ___    Final Application  X

If this is *not* the first application filed herein by this professional, disclose as to all prior fee applications: N/A

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed | Any Amount Ordered Withheld |
|---|---|---|---|---|
| | | | | |

The aggregated amount of fees and expenses *paid* to the Applicant to date for services rendered and expenses incurred herein is: $0.00

DATED: _____    By: /s/ Steven R. Radtke
                                       STEVEN R. RADTKE

STEVEN R. RADTKE
79 West Monroe Street, Suite 1305
CHICAGO, IL 60603
(312) 346-1935
BurnettCvrShTrAttyAppFee

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 12-35996 |
| Ralph W. Burnett, III | ) | Hon. Carol A. Doyle |
| | ) | |
| Debtor. | ) | |

## FIRST AND FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES TO TRUSTEE'S ATTORNEYS

Steven R. Radtke and Chill, Chill & Radtke, P.C. ("Applicants"), pursuant to §330 of Title 11, United States Code, request this court to enter an order allowing compensation and reimbursement of expenses to them as attorneys for the Trustee, and in support thereof, respectfully state as follows:

1. Debtor commenced this case on September 11, 2012 by filing a voluntary petition for relief under chapter 7 of title 11, United States Code ("Code").

2. Steven R. Radtke is the duly appointed, qualified and acting trustee in this Chapter 7 case.

3. On July 10, 2013, the Court entered an order authorizing the Trustee to retain Applicants as the Trustee's attorneys effective July 1, 2013. A copy of said Order is attached hereto as **Exhibit A**.

4. Applicants have served continuously as counsel to the Trustee since the time of their retention. This is Applicants' first and final Application for allowance of compensation and reimbursement of expenses. It covers the period from July 1, 2013 through the closing of the case. Applicants have received no compensation or reimbursement of expenses to date.

5. Among the assets of the estate were Debtor's 2011 federal and state income tax refunds totaling $29,721.54 and Debtor's membership interest in a defunct limited liability company known as Transport Delivery Service, LLC. Applicants provided necessary legal services which enabled the Trustee to sell to the Debtor's membership interest in said property and to recover the sum of $12,000.00 for the estate.

6. Applicants also performed the necessary service to obtain Court approval of the Trustee's accountant, who prepared the necessary tax returns on behalf of the Trustee.

7. Applicants have organized and categorized their time and have itemized their costs in connection with the case, a copy of which is attached hereto as **Exhibit B**.

8. A general description of the time expended in the various categories is as follows:

(a) FEE/EMPLOYMENT APPLICATIONS: Time spent in this category relates to: i) preparing and presenting the Trustee's application to retain counsel; ii) preparing and presenting the Trustee's application to retain an accountant to prepare necessary federal and state fiduciary income tax returns; and iii) preparing Applicants' first and final Application for allowance of compensation and reimbursement of expenses.

(b) SALE OF INTEREST IN LLC: Services rendered in this category relate to performing the necessary services to close the sale of the Debtor's membership interest in a limited liability company.

9. Applicants' time is allocated as follows:

| ACTIVITY | HOURS | COMPENSATION REQUESTED |
|---|---|---|
| Fee/Employment Applications | 4.40 | $ 1,650.00 |
| Sale of Interest in LLC | 3.40 | $ 1,275.00 |
| **TOTALS** | **7.80** | **$ 2,925.00** |

10. Based on the nature, extent and value of services performed by Applicants, the compensation requested is fair and reasonable and Applicants request that the Court enter an order allowing the same and authorizing the trustee to pay the fees and expenses in the amounts requested.

WHEREFORE, the Trustee requests that the Court enter an Order as follows:

A. Allowing the first and final request for allowance of compensation to Steven R. Radtke and the law firm of Chill, Chill & Radtke, P.C., attorneys for the Trustee, in the sum of $2,925.00 plus costs advanced in the sum of $39.22 for a total allowance of $2,964.22; and

B. Granting Applicants such other and further relief as the court deems just.

Respectfully submitted,

By: /s/ Steven R. Radtke

Steven R. Radtke (#03124816)
CHILL, CHILL & RADTKE, P.C.
Attorneys for the Trustee
79 West Monroe Street, Suite 1305
Chicago, IL 60603
(312)346-1935
BurnettATTYfee

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 12-35996 |
| Ralph W. Burnett, III | ) | Hon. Carol A. Doyle |
| | ) | |
| Debtor. | ) | |

**Affidavit Pursuant to Rule 2016**

State of Illinois    )
County of Cook    )

I, STEVEN R. RADTKE, being first duly sworn on oath, deposes and states as follows:

1.  I am a principal in Chill, Chill & Radtke, P.C. and am authorized to execute this affidavit on behalf of Chill, Chill & Radtke, P.C.

2.  I have read the First and Final Application for Allowance for Compensation and Expenses ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief. I or my agents pursuant to my direction performed the services set forth and described in the Application.

3.  I have made no arrangements for a division of compensation received or to be received herein directly or indirectly nor does any understanding exist between myself or any other person, except that I am a principal at Chill, Chill & Radtke, P.C. a law firm at which I was employed during the pendency of this case. I have not previously received payment of any compensation of services rendered in connection with this case.

4.  Further Affiant sayeth not.

_____
Steven R. Radtke

Subscribed and sworn to
before me this 26th day
of November 2013

_____
Notary Public

BurnettATTYfee

SOCORRO CHAVEZ
OFFICIAL SEAL
MY COMMISSION EXPIRES
MARCH 11, 2014