# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Ralph W Burnett, Iii | § | Case No. 12-35996 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that STEVEN R. RADTKE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objection upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee application(s) and any objection to the Final Report will be held at:

10:30 a.m. on January 8, 2014
in Courtroom 742, U.S. Courthouse
219 South Dearborn Street, Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee application(s), the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By:   _____Kenneth S. Gardner_____
                                                    Clerk of the Bankruptcy Court

STEVEN R. RADTKE
79 WEST MONROE STREET
SUITE 1305
CHICAGO, IL 60603

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Ralph W Burnett, Iii | § | Case No. 12-35996 |
| | § | |
| Debtor(s) | § | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 41,721.54 |
| and approved disbursements of | $ | 325.26 |
| leaving a balance on hand of[1] | $ | 41,396.28 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: STEVEN R. RADTKE | $ 4,922.15 | $ 0.00 | $ 4,922.15 |
| Trustee Expenses: STEVEN R. RADTKE | $ 2.88 | $ 0.00 | $ 2.88 |
| Attorney for Trustee Fees: STEVEN R. RADTKE | $ 2,925.00 | $ 0.00 | $ 2,925.00 |
| Attorney for Trustee Expenses: STEVEN R. RADTKE | $ 39.22 | $ 0.00 | $ 39.22 |
| Accountant for Trustee Fees: Popowcer Katten Ltd. | $ 1,104.00 | $ 0.00 | $ 1,104.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 8,993.25 |
| Remaining Balance | | $ | 32,403.03 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 66,470.50 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 48.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Us Dep Ed | $ 25,881.35 | $ 0.00 | $ 12,616.64 |
| 2 | Ecast Settlement Corporation, Assignee | $ 10,110.65 | $ 0.00 | $ 4,928.74 |
| 3 | Ecast Settlement Corporation, Assignee | $ 30,478.50 | $ 0.00 | $ 14,857.65 |
| | Total to be paid to timely general unsecured creditors | | $ | 32,403.03 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Steven R. Radtke
Steven R. Radtke, Trustee

STEVEN R. RADTKE
79 WEST MONROE STREET
SUITE 1305
CHICAGO, IL 60603

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 12-35996-CAD
Ralph W Burnett, III                                                  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1    User: dpruitt    Page 1 of 2    Date Rcvd: Dec 02, 2013
                Form ID: pdf006    Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 04, 2013.
```
db         +Ralph W Burnett, III,   6516 Blackhawk Trail,    La Grange, IL 60525-4319
19424733    Aspen Counseling Services,    386 Pennsylvania Ave.,    #2 SW,    Glen Ellyn, IL 60137
19424735   ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court: Bank Of America,    4161 Piedmont Pkwy,    Greensboro, NC 27410)
19424736   +Bank of America,    PO Box 45144,    FL9-100-04-24 Building 100 4th fl,
             Jacksonville, FL 32232-5144
19424737   +Bk Of Amer,    450 American St,    Simi Valley, CA 93065-6285
19424738   +Capital One,    PO Box 6492,    Carol Stream, IL 60197-6492
19424739   +Chase,    P.O. Box 15298,    Wilmington, DE 19850-5298
19424741   +Comcast,    Po Box 3001,    Southeastern, PA 19398-3001
19424743   +Direct Loans,    US Dept. of Education,    Po Box 530260,    Atlanta, GA 30353-0260
19424744   +Eos Cca (Original Creditor:Medical),    700 Longwater Driv,    Norwell, MA 02061-1624
19424745   +Family Counseling & Learning,    1807 S. Washington St.,    Ste 110,    Naperville, IL 60565-2050
19424746   +Feinberg & Barry P.C.,    20 S. Clark,    Suite 500,    Chicago, IL 60603-1832
19424748   +Flossmoor Country Club,    1441 Western AVe.,    Flossmoor, IL 60422-1862
19424750    HOme Depot Credit Services,    American Recovery Svc. In.c,    555 S. Charles Dr.Ste 110,
             Thousand Oaks, CA 91360
19424749   +High Tech Medical Park,    0236 Momentum Place,    Chicago, IL 60689-0001
19424751   +Hsbc/Bsbuy,    Po Box 5253,    Carol Stream, IL 60197-5253
19424752   +International Bortherhood of Electr,    IBEW Local 134 Chicago,    600 West Washington Boulevard,
             Chicago, IL 60661-2490
19424753   +Irena Dubiel,    2200 W. Higgins Rd.,    Suite 105,    Hoffman Estates, IL 60169-2483
19424754   +LaGrange Oncology Assoc.,    1325 Memorial Dr.,    La Grange, IL 60525-2660
19424756   +Michelle Burnett,    6516 Blackhawk Trail,    La Grange, IL 60525-4319
19424757   +Midland Oral Surgery & Implant Cent,    7625 W. 159th St.,    Tinley Park, IL 60477-1492
19424758   +Palos Chiropractic,    10059 S. Roberts Rd.,    Palos Hills, IL 60465-1560
19424760   +Palos Community Hospital,    12251 S. 80th Ave.,    Palos Heights, IL 60463-0930
19424759   +Palos Community Hospital,    PO Box 4049,    Carol Stream, IL 60197-4049
19424762   +Quality Alarm System,    5532 W. Cal-Sag Rd.,    Alsip, IL 60803-3309
19424763   +Robert L. Gold, Esq.,    10 S. Wacker Drive,    Chicago, IL 60606-7453
19424764   +Shell/Citi,    Po Box 6497,    Sioux Falls, SD 57117-6497
19424765   +Us Dep Ed,    Po Box 5609,    Greenville, TX 75403-5609
19424766  ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
             ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
             (address filed with court: Wells Fargo Hm Mortgag,    8480 Stagecoach Cir,    Frederick, MD 21701)
20152377    eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
             New York, NY 10087-9262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
19424732   +E-mail/Text: ally@ebn.phinsolutions.com Dec 03 2013 01:59:32      Ally Financial,
             200 Renaissance Ctr,    Detroit, MI 48243-1300
19424734   +E-mail/Text: g17768@att.com Dec 03 2013 01:59:38      At&t,    PO Box 5080,
             Carol Stream, IL 60197-5080
19424742   +E-mail/Text: legalcollections@comed.com Dec 03 2013 02:01:57      ComEd,    PO Box 6111,
             Carol Stream, IL 60197-6111
19424747   +E-mail/Text: fmb.bankruptcy@firstmidwest.com Dec 03 2013 02:01:20      First Midwest Bank,
             PO Box 9003,    Gurnee, IL 60031-9003
                                                                                               TOTAL: 4
```

       ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
19424755     Lynda Nelson
19424740*   +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
20161405*    eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
             New York, NY 10087-9262
19424761   ##+Panos & Associates, LLC,    7808 College Drive,    Suite 2W,    Palos Heights, IL 60463-1098
                                                                                   TOTALS: 1, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: dpruitt              Page 2 of 2              Date Rcvd: Dec 02, 2013
                              Form ID: pdf006            Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 04, 2013                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 27, 2013 at the address(es) listed below:
              Eric G Zelazny    on behalf of Debtor Ralph W Burnett, III Eric@lwslaw.com
              James M Philbrick    on behalf of Creditor    Ally Financial Inc. f/k/a GMAC Inc.
               jmphilbrick@att.net
              Joel P Fonferko    on behalf of Creditor    BANK OF AMERICA, N.A. ND-One@il.cslegal.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Steven R Radtke    sradtke@chillchillradtke.com,   sradtke@ecf.epiqsystems.com
              Steven R Radtke    on behalf of Trustee Steven R Radtke sradtke@chillchillradtke.com,
               sradtke@ecf.epiqsystems.com
                                                                                             TOTAL: 6
```