UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                §
                                      §
                                      §
Ralph W Burnett, Iii                  §    Case No. 12-35996
                                      §
                                      §
            Debtor(s)                 §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    STEVEN R. RADTKE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/STEVEN R. RADTKE_____
                                                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Bank Of America 4161 Piedmont Pkwy Greensboro, NC 27410 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bk Of Amer 450 American St Simi Valley, CA 93065 | | | | | |
| | First Midwest Bank PO Box 9003 Gurnee, IL 60031 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEVEN R. RADTKE | | | | | |
| STEVEN R. RADTKE | | | | | |
| Associated Bank | | | | | |
| STEVEN R. RADTKE | | | | | |
| STEVEN R. RADTKE | | | | | |
| Popowcer Katten Ltd. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Michelle Burnett;6516 Blackhawk Trail;La Grange, IL 60525 | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ally Financial 200 Renaissance Ctr Detroit, MI 48243 | | | | | |
| | Aspen Counseling Services 386 Pennsylvania Ave. #2 SW Glen Ellyn, IL 60137 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | At&t PO Box 5080 Carol Stream, IL 60197 | | | | | |
| | Bank of America PO Box 45144 FL9-100-04-24 Building 100 4th fl Jacksonville, FL 32232 | | | | | |
| | Capital One PO Box 6492 Carol Stream, IL 60197 | | | | | |
| | Chase P.O. Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase P.O. Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Comcast Po Box 3001 Southeastern, PA 19398 | | | | | |
| | ComEd PO Box 6111 Carol Stream, IL 60197 | | | | | |
| | Direct Loans US Dept. of Education Po Box 530260 Atlanta, GA 30353 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Eos Cca (Original Creditor:Medical) 700 Longwater Driv Norwell, MA 02061 | | | | | |
| | Family Counseling & Learning 1807 S. Washington St. Ste 110 Naperville, IL 60565 | | | | | |
| | Feinberg & Barry P.C. 20 S. Clark Suite 500 Chicago, IL 60603 | | | | | |
| | Flossmoor Country Club 1441 Western AVe. Flossmoor, IL 60422 | | | | | |
| | High Tech Medical Park 0236 Momentum Place Chicago, IL 60689 | | | | | |
| | HOme Depot Credit Services American Recovery Svc. In.c 555 S. Charles Dr.Ste 110 Thousand Oaks, CA 91360 | | | | | |
| | Hsbc/Bsbuy Po Box 5253 Carol Stream, IL 60197 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | International Bortherhood of Electr IBEW Local 134 Chicago 600 West Washington Boulevard Chicago, IL 60601 | | | | | |
| | Irena Dubiel 2200 W. Higgins Rd. Suite 105 Hoffman Estates, IL 60169 | | | | | |
| | LaGrange Oncology Assoc. 1325 Memorial Dr. La Grange, IL 60525 | | | | | |
| | Lynda Nelson | | | | | |
| | Midland Oral Surgery & Implant Cent 7625 W. 159th St. Tinley Park, IL 60477 | | | | | |
| | Palos Chiropractic 10059 S. Roberts Rd. Palos Hills, IL 60465 | | | | | |
| | Palos Community Hospital 12251 S. 80th Ave. Palos Heights, IL 60463 | | | | | |
| | Palos Community Hospital PO Box 4049 Carol Stream, IL 60197 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Panos & Associates, LLC 7808 College Drive Suite 2W Palos Heights, IL 60463 | | | | | |
| | Quality Alarm System 5532 W. Cal-Sag Rd. Alsip, IL 60803 | | | | | |
| | Shell/Citi Po Box 6497 Sioux Falls, SD 57117 | | | | | |
| | Us Dep Ed Po Box 5609 Greenville, TX 75403 | | | | | |
| | Us Dep Ed Po Box 5609 Greenville, TX 75403 | | | | | |
| | Wells Fargo Hm Mortgag 8480 Stagecoach Cir Frederick, MD 21701 | | | | | |
| 2 | Ecast Settlement Corporation, Assignee | | | | | |
| 3 | Ecast Settlement Corporation, Assignee | | | | | |
| 1 | Us Dep Ed | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 12-35996 | CAD | Judge: | Carol A. Doyle | Trustee Name: | STEVEN R. RADTKE |
|---|---|---|---|---|---|---|
| Case Name: | Ralph W Burnett, Iii | | | | Date Filed (f) or Converted (c): | 09/11/2012 (f) |
| | | | | | 341(a) Meeting Date: | 11/05/2012 |
| For Period Ending: | 02/10/2014 | | | | Claims Bar Date: | 03/21/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 14018 Persimmon Dr. Orland Park Il | 525,000.00 | 40,083.00 | OA | 0.00 | FA |
| 2. Vacant Lot | 220,000.00 | 0.00 | OA | 0.00 | FA |
| 3. Bank Of America-Checking | 520.00 | 0.00 | OA | 0.00 | FA |
| 4. First Midwest Bank-Checking | 31.00 | 0.00 | OA | 0.00 | FA |
| 5. First Midwest Bank-Checking | 93.00 | 0.00 | OA | 0.00 | FA |
| 6. Clothing | 1,000.00 | 0.00 | OA | 0.00 | FA |
| 7. Watches | 1,000.00 | 0.00 | OA | 0.00 | FA |
| 8. Debtors 401(K) With Ohio National Life | 41,148.00 | 0.00 | OA | 0.00 | FA |
| 9. Agp Partners, Owned 16050 Via Solera Circle #106, Fort Myers | 0.00 | 0.00 | OA | 0.00 | FA |
| 10. Transport Delivery Services. Owns Various Vehicles, See Exhi | 0.00 | 0.00 | | 12,000.00 | FA |
| 11. Bahama Brothers, Used To Purchase Building Materials Wholesa | 0.00 | 0.00 | OA | 0.00 | FA |
| 12. Fore Assets, Holding Company For Premier Power Solutions Pe | 0.00 | 0.00 | OA | 0.00 | FA |
| 13. The Affinity Group Partners, Inc. See Attached Inventory Lis | 0.00 | 0.00 | OA | 0.00 | FA |
| 14. Premier Power Solutions, Llc Attorney Retained To File Bankr | 0.00 | 0.00 | OA | 0.00 | FA |
| 15. Debtor Is Entitled To A Tax Refund For The Tax Year 2011 | 15,000.00 | 15,000.00 | | 29,721.54 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $803,792.00   $55,083.00   $41,721.54   $0.00

(Total Dollar Amount in Column 6)

___

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

Trustee recovered Debtor's 2011 federal income tax refund in the amount of $29,721.54. Trustee recovered Debtor's 2011 Illinois income tax refund in the amount of $7,200.00. Trustee has prepared his Application for Authority to Sell Debtor's Membership Interest in a limited liability company called Transport Delivery Services, LLC for the sum of $12,000.00. Application is set for hearing on 8/7/13 and Trustee is holding the funds subject to further order of court.

Initial Projected Date of Final Report (TFR): 12/31/2014     Current Projected Date of Final Report (TFR): 12/31/2014

### FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 12-35996 | Trustee Name: STEVEN R. RADTKE |
| Case Name: Ralph W Burnett, Iii | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX0245 |
| | Checking |
| Taxpayer ID No: XX-XXX4594 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 02/10/2014 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/24/12 | 15 | Illinois Department of Revenue | State Tax Refund | 1124-000 | $7,200.00 | | $7,200.00 |
| 12/24/12 | 15 | United States Treasury | Federal Tax Refund | 1124-000 | $22,521.54 | | $29,721.54 |
| 01/08/13 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $4.89 | $29,716.65 |
| 02/07/13 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $44.17 | $29,672.48 |
| 03/07/13 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $39.85 | $29,632.63 |
| 04/05/13 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $44.05 | $29,588.58 |
| 05/07/13 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $42.57 | $29,546.01 |
| 06/07/13 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $43.93 | $29,502.08 |
| 06/28/13 | 10 | Palos Electric Co., Inc. 14030 S. Kildare Avenue Crestwood, IL 60445 | Proceeds of sale of trustee's right, title and interest in TDS LLC | 1129-000 | $12,000.00 | | $41,502.08 |
| 07/08/13 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $44.17 | $41,457.91 |
| 08/07/13 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $61.63 | $41,396.28 |
| 01/09/14 | 1001 | STEVEN R. RADTKE CHILL, CHILL & RADTKE, P.C. 79 WEST MONROE STREET SUITE 1305 CHICAGO, IL 60603 , | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $4,922.15 | $36,474.13 |
| | | | Page Subtotals: | | $41,721.54 | $5,247.41 | |

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 12-35996 | Trustee Name: STEVEN R. RADTKE |
| Case Name: Ralph W Burnett, Iii | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX0245 |
| | Checking |
| Taxpayer ID No: XX-XXX4594 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 02/10/2014 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/09/14 | 1002 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL  60603<br>, | Final distribution representing a payment of 100.00 % per court order. | 2200-000 | | $2.88 | $36,471.25 |
| 01/09/14 | 1003 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL  60603<br>, | Final distribution representing a payment of 100.00 % per court order. | 3110-000 | | $2,925.00 | $33,546.25 |
| 01/09/14 | 1004 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL  60603<br>, | Final distribution representing a payment of 100.00 % per court order. | 3120-000 | | $39.22 | $33,507.03 |
| 01/09/14 | 1005 | Popowcer Katten Ltd.<br>35 East Wacker Drive, Suite 1550<br>Chicago, IL 60601-2124 | Final distribution representing a payment of 100.00 % per court order. | 3410-000 | | $1,104.00 | $32,403.03 |
| 01/09/14 | 1006 | Us Dep Ed<br>Po Box 5609<br>Greenville, Tx 75403 | Final distribution to claim 1 representing a payment of 48.75 % per court order. | 7100-000 | | $12,616.64 | $19,786.39 |
| 01/09/14 | 1007 | Ecast Settlement Corporation, Assignee Of Chase Bank Usa, N.A.<br>Pob 29262<br>New York, Ny 10087-9262 | Final distribution to claim 2 representing a payment of 48.75 % per court order. | 7100-000 | | $4,928.74 | $14,857.65 |
| 01/09/14 | 1008 | Ecast Settlement Corporation, Assignee Of Chase Bank Usa, N.A.<br>Pob 29262<br>New York, Ny 10087-9262 | Final distribution to claim 3 representing a payment of 48.75 % per court order. | 7100-000 | | $14,857.65 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $41,721.54 | $41,721.54 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Page Subtotals: | $0.00 | $36,474.13 |

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*

|   |   |   |
|---|---|---|
| Subtotal | $41,721.54 | $41,721.54 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $41,721.54 | $41,721.54 |

Exhibit 9

| Page Subtotals: | $0.00 | $0.00 |
|---|---|---|

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0245 - Checking | $41,721.54 | $41,721.54 | $0.00 |
| | $41,721.54 | $41,721.54 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $41,721.54 |
| Total Gross Receipts: | $41,721.54 |

Page Subtotals:                    $0.00           $0.00